*Sebastian O. DeSantis*, special public defender, in support of the petition.

*James M. Ralls*, assistant state's attorney, in opposition.

Decided November 10, 2004

### STATE OF CONNECTICUT *v.* JOSE TORRES

The defendant's petition for certification for appeal from the Appellate Court, 85 Conn. App. 303 (AC 24403), is denied.

*Moira L. Buckley*, special public defender, in support of the petition.

*Christopher T. Godialis*, assistant state's attorney, in opposition.

Decided November 10, 2004